AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PANUTHOS, PETER J. | U.S. TAX COURT | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF SPECIAL TRIAL JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

400 SECOND ST., N.W.
WASH., D.C. 20217

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Fall 2014 | UDC Law School - Teaching | $2,250.00 |
| 2. Spr 2014 | Georgetown University Law School - Teaching | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed Writer |
| 2. 2014 | Professor - Univ. of Delaware |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NC Society of Enrolled Agents Inc. | 5/21 - 5/22/2014 | Wilmington, NC | Speaker | Reimbursement for travel, meals & lodging |
| 2. | California Bar Association - Tax Section | 11/6 - 11/8/2014 | San Diego, CA | Speaker | Reimbursement for travel, meals & lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PANUTHOS, PETER J.** | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase Bank | Mortgage on Rental Property--W. Babylon, N.Y | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fed. Choice Savings Account | A | Interest | L | T | | | | | |
| 2. Sun Trust Money Market, Wash., D.C. | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank., Sav. Acct., Wash., D.C. | A | Interest | J | T | | | | | |
| 4. Sun Trust Checking Account, Wash., D.C. | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank, checking acct. Wash. DC | A | Interest | J | T | | | | | |
| 6. Westwood Rochester Co. (partnership) | C | Interest | K | T | | | | | |
| 7. Westgate Barrington (partnership) | D | Interest | K | T | | | | | |
| 8. West Brookside (partnership) | D | Interest | K | T | | | | | |
| 9. Lippett Escondido Trust | B | Interest | J | W | | | | | |
| 10. Rental Property-W. Babylon, NY | E | Rent | N | W | | | | | |
| 11. Midland Nat. Life | B | Interest | K | T | | | | | |
| 12. (H) (P-IRA) | | | | | | | | | |
| 13. Nuveen Preferred Securities I | A | Dividend | J | T | | | | | |
| 14. Credit Suisse Commodity Ret. | A | Dividend | K | T | | | | | |
| 15. (H) (P Reg. Acct.) | | | | | | | | | |
| 16. DFA Emerging Markets Core Equity I | A | Dividend | K | T | | | | | |
| 17. DFA Intl Core Equity I | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PANUTHOS, PETER J.** | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA U.S. Core Equity 1 I | A | Dividend | K | T | | | | | |
| 19. Fidelity Money Market | A | Dividend | K | T | | | | | |
| 20. Voya Global Real Estate I (formerly ING Global) | A | Dividend | | | Sold | 06/18/14 | K | A | |
| 21. iShares Russell 3000 Index | A | Dividend | K | T | Sold (part) | 10/09/14 | K | A | |
| 22. Nuveen Preferred Securities | A | Dividend | K | T | | | | | |
| 23. PIMCO High Yield Instl | A | Dividend | J | T | | | | | |
| 24. PIMCO Unconstrained Bond Inst | A | Dividend | J | T | | | | | |
| 25. Vanguard Inflation-Protected | A | Dividend | J | T | | | | | |
| 26. Vanguard Short Term T/E Adm | A | Dividend | K | T | Sold (part) | 04/21/14 | K | A | |
| 27. Credit Suisse Commodity Ret. Strat Co. | A | Dividend | K | T | | | | | |
| 28. (H) (J-IRA) | | | | | | | | | |
| 29. Nuveen Preferred Securities I | A | Dividend | J | T | | | | | |
| 30. Highbridge Dync Commodities Strat Sel | A | Dividend | | | Sold | 10/29/14 | K | A | |
| 31. Credit Suisse Commodity Ret. Strat Co. | A | Dividend | J | T | | | | | |
| 32. DFA Global RE Sec. | A | Dividend | K | T | Buy | 06/18/14 | K | | |
| 33. (H) (J-Reg. Acct.) | | | | | | | | | |
| 34. DFA Emerging Markets Core Equity I | B | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA U.S. Core Equity 1 1 | A | Dividend | L | T | | | | | |
| 36. JP Morgan Alerian MLP Idx ETN | B | Dividend | | | Sold | 06/18/14 | J | A | |
| 37. PIMCO High Yield Instl | B | Dividend | K | T | | | | | |
| 38. DFA Intl Core Equity 1 | B | Dividend | L | T | | | | | |
| 39. Voya Global Real Estate W (formerly ING Global) | A | Dividend | | | Sold | 06/18/14 | K | B | |
| 40. Vanguard Interim Term T/E Adm | A | Dividend | | | Sold | 06/18/14 | M | A | |
| 41. Vanguard Short Term T/E Adm | A | Dividend | | | Sold | 06/18/14 | L | A | |
| 42. PIMCO Incm Instl | A | Dividend | | | Sold | 06/28/14 | L | A | |
| 43. Credit Suisse Commodity Return Strat Co | A | Dividend | J | T | Buy (add'l) | 08/05/14 | K | | |
| 44. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 45. DFA Global RE Sec. | A | Dividend | K | T | Buy | 08/05/14 | K | | |
| 46. DFA Commodity Strategy | A | Dividend | K | T | Buy | 12/10/14 | K | | |
| 47. Credit Suisse | A | Dividend | | | Sold | 12/10/14 | K | C | |
| 48. (H) (J Protected Acct.) | | | | | | | | | |
| 49. i Shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 50. DFA Intl Core Equity 1 | A | Dividend | L | T | | | | | |
| 51. DFA U.S. Core Equity 1 1 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. i Shares MSCI EAFE Small Cap Index | A | Dividend | J | T | | | | | |
| 53. Vanguard Inflation-Indexed Securities | A | Dividend | J | T | | | | | (See Part VIII) |
| 54. PIMCO High Yield Instl | A | Dividend | K | T | | | | | |
| 55. DFA Emerging Markets Core Equity I | A | Dividend | K | T | | | | | |
| 56. Nuveen Preferred | A | Dividend | J | T | | | | | |
| 57. DFA Global RE | B | Dividend | L | T | Buy | 06/18/14 | L | | |
| 58. Vanguard Total Bond Mkt. | A | Dividend | J | T | Buy | 09/01/14 | K | | |
| 59. Vanguard Short Term | A | Dividend | J | T | Buy | 09/01/14 | J | | |
| 60. Fidelity Tax-Free Money Market | A | Dividend | J | T | Buy | 02/19/14 | J | | |
| 61. PIMCO High Yield | A | Dividend | J | T | Buy | 09/10/14 | J | | |
| 62. PIMCO Unconstrained | A | Dividend | J | T | Buy | 09/10/14 | J | | |
| 63. (H) ( . Trust) | | | | | | | | | |
| 64. DFA Emerging Mkt. Core Equity I | A | Dividend | K | T | | | | | |
| 65. DFA Intl Core Equity I | A | Dividend | L | T | | | | | |
| 66. DFA US Core Equity II | A | Dividend | M | T | | | | | |
| 67. Voya Global Real Estate I (formerly ING Global) | A | Dividend | K | T | | | | | |
| 68. PIMCO Diversified Income | A | Dividend | | | Sold | 08/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Short Term Inv-Grade Adm | A | Dividend | K | T | | | | | |
| 70. Credit Suisse Commodity Return Strat Co | A | Dividend | J | T | | | | | |
| 71. PIMCO High Yield | A | Dividend | J | T | Buy | 06/10/14 | J | | |
| 72. PIMCO Unconstrained Bond | A | Dividend | J | T | Buy | 06/10/14 | J | | |
| 73. Vanguard Total Bond | A | Dividend | J | T | Buy | 06/10/14 | J | | |
| 74. Fidelity Tax Free | A | Dividend | J | T | Buy | 06/10/14 | J | | |
| 75. Vanguard Inflation Protected | A | Dividend | J | T | Buy | 06/10/14 | J | | |
| 76. (H)          Acct.) | | | | | | | | | |
| 77. Credit Suisse Commodity Return Strat Co | A | Dividend | J | T | | | | | |
| 78. DFA Intl Core Equity | A | Dividend | J | T | | | | | |
| 79. DFA Core Equity | A | Dividend | J | T | | | | | |
| 80. DFA Emerging Mkt. Core | A | Dividend | J | T | | | | | |
| 81. Voya Global Real Estate I (formerly ING Global) | A | Dividend | | | Sold | 10/10/14 | J | A | |
| 82. PIMCO High Yield | A | Dividend | J | T | | | | | |
| 83. PIMCO Unconstrained Bond Inst | A | Dividend | J | T | | | | | |
| 84. Vanguard Short Term Bd Mkt Idx | A | Dividend | J | T | | | | | |
| 85. Vanguard Total Bd Mkt Idx | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANUTHOS, PETER J. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Inflation Protected | A | Dividend | J | T | | | | | |
| 87. DFA Global RE | B | Dividend | J | T | Buy | 07/08/14 | J | | |
| 88. Admiral | A | Dividend | K | T | Buy | 07/08/14 | K | | |
| 89. Real Estate, Dunellon, FL | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PANUTHOS, PETER J.** | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#53 - 2013 report (#74) Disclosure statement reflected a sale on 1/18/13 of Vanguard Inflation-Indexed Securities - should have reflected "partial sale".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ PETER J. PANUTHOS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544